AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| ERIC SAM and YOLANDA SATEMYA WRIGHT<br>*Plaintiff(s)*<br>v.<br>CARRIO MOTOR CARS, INC., AUTOMOTIVE GROUP ENTERPRISES, INC. d/b/a CARRIO MOTOR CARS, and JONATHAN BONANNO,<br>*Defendant(s)* | Civil Action No. 0:24-cv-60079 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JONATHAN BONANNO
The Showroom
7820 NW 6th Court
Miami, Florida 33150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mark A. Schweikert, Esq.
Schweikert Law PLLC
1111 Brickell Ave., Suite 1550
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jan 16, 2024

*s/ Esperanza Buchhorst*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| ERIC SAM and YOLANDA SATEMYA WRIGHT<br>*Plaintiff(s)*<br>v.<br>CARRIO MOTOR CARS, INC., AUTOMOTIVE GROUP ENTERPRISES, INC. d/b/a CARRIO MOTOR CARS, and JONATHAN BONANNO,<br>*Defendant(s)* | ) | Civil Action No. 0:24-cv-60079 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AUTOMOTIVE GROUP ENTERPRISES, INC.
c/o Elisha Carrio, Registered Agent
2456 Provence Court
Weston, FL 33327

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mark A. Schweikert, Esq.
Schweikert Law PLLC
1111 Brickell Ave., Suite 1550
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jan 16, 2024

*s/ Esperanza Buchhorst*

Deputy Clerk
U.S. District Courts