**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60079-AHS**

ERIC SAM and YOLANDA SATEMYA WRIGHT,

       Plaintiffs,

vs.

CARRIO MOTOR CARS, INC.,
AUTOMOTIVE GROUP ENTERPRISES, INC.
d/b/a CARRIO MOTOR CARS, and
JONATHAN BONANNO,

       Defendants.

_____/

## <u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiffs ERIC SAM and

YOLANDA SATEMYA WRIGHT hereby voluntarily dismiss this action without prejudice.

       Respectfully submitted,

       By: */s/ Mark A. Schweikert*
       Mark A. Schweikert (FBN 70555)
       mark@schweikertlaw.com
       **SCHWEIKERT LAW PLLC**
       1111 Brickell Avenue, Suite 1550
       Miami, Florida 33131
       Office: (305) 999-1906
       Cell: (305) 926-9452

       *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 2, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF filing system, and that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*s/ Mark A. Schweikert*
Mark A. Schweikert